# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-2258

_____

United States of America

*Plaintiff - Appellee*

v.

Hosa R. Howard, also known as Pee Wee

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: December 3, 2021
Filed: December 8, 2021
[Unpublished]

_____

Before KELLY, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Hosa Howard appeals after the district court[1] denied his motion seeking a sentence reduction under the First Step Act. His counsel has moved for leave to withdraw, and has filed a brief challenging the denial.

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

Upon careful review, we conclude that the district court did not abuse its discretion in denying Howard a sentence reduction after considering the parties' arguments.  See United States v. McDonald, 944 F.3d 769, 771 (8th Cir. 2019) (defendant's eligibility for reduced sentence under First Step Act is reviewed de novo, and district court's decision to grant or deny authorized sentence reduction is reviewed for abuse of discretion); United States v. Williams, 943 F.3d 841, 844 (8th Cir. 2019) (sentencing court must have considered the parties' arguments and have a reasoned basis for its decision).

Accordingly, we affirm the judgment of the district court and grant counsel permission to withdraw.

_____